DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAUL MICHELIN,**
Appellant,

v.

**LOUISA MICHELIN,**
Appellee.

No. 4D18-2474

[April 4, 2019]

Appeal of nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jessica Ticktin, Judge; L.T. Case No. 502014DR004885XXXXSB.

Kerry Loomis of Law Office of Loomis & Loomis, P.A., Boca Raton, for appellant.

Christopher J. Perez-Gurri and Alan G. Geffin of GPG Law, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and FORST, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***